**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA LINDSAY,<br>Plaintiff,<br>v.<br>HENRY JENKINS, et al.,<br>Defendants. | Case No. 2:25-cv-8601-MCS-MBK<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Additionally, the undersigned has independently reviewed Plaintiff's objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that judgment be entered (1) denying Plaintiff's request for IFP status; (2) dismissing the First Amended Complaint without prejudice and without leave to amend; and (3) denying all outstanding motions as moot.

Dated: July 24, 2026

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE