**JS-6**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA LINDSAY,<br>Plaintiff,<br>v.<br>HENRY JENKINS, et al.,<br>Defendants. | Case No. 2:25-cv-8601-MCS-MBK<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that (1) Plaintiff's request for IFP status is denied; (2) the First Amended Complaint is dismissed without prejudice and without leave to amend; and (3) all outstanding motions are denied as moot.

Dated: July 24, 2026

Mark C. Scarsi

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE